IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KOHLER RODRIC KURTZ,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE KUNNATH, in his official and individual capacities, MIKE LABATY, in his official and individual capacities, JOHN DOE, in his official and individual capacities, CITY OF LIVINGSTON, MONTANA,<br><br>Defendants. | CV 20-138-BLG-TJC<br><br>**ORDER REGARDING MOTION FOR EXTENSION OF TIME** |

Plaintiff has filed a motion for extension of time to extend the expert rebuttal deadline. (Doc. 20.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. The deadline for Plaintiff's rebuttal expert report is extended to January 21, 2022.

The Court reminds the parties, that as set forth in the Court's January 28, 2021 Scheduling Order, there is no need to seek a Court order for the extension of any deadline that precedes the motions deadline if the parties stipulate to such extension. (*See* Doc. 15 at ¶ 1.)

DATED this 20th day of January, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge